UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 11-341 (SDW) |
| LAWRENCE J. BROWN | : **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Mala Ahuja Harker, Assistant U.S. Attorney), and defendant Lawrence J. Brown (by Patrick McMahon, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter for a period of time until August 6, 2012 to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and three continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that he has the right to have the matter tried within seventy days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

It IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 20th day of June, 2012,

ORDERED that this action be, and it hereby is, continued for a period from June 19, 2012 through and including August 6, 2012; and it is further

ORDERED that the period from June 19, 2012 through and including August 6, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Form and entry
consented to:

Mala Ahuja Harker
Assistant U.S. Attorney

Patrick McMahon, Esq.
Counsel for defendant Lawrence J. Brown

2